IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEVEN PIKE,

    Plaintiff,

    v.                                                            No. 16-CV-01212-JCH-KBM

GREGG MARCANTEL, ATTORNEY
GENERAL STATE OF NEW MEXICO,

    Defendants.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. The record reflects that a recent mailing to Plaintiff Steven Pike was returned as undelivered (*see* Doc. 8). It appears that Plaintiff has moved without advising the Court of his new address, as required by D.N.M.LR-Civ. 83.6, thus severing contact with the Court. Because Plaintiff has failed to comply with the Court's local rules, he will be required to show cause why his Petition Under 28 U.S.C. § 2254 For Writ of Habeas Corpus By a Person in State Custody [Doc. 3] should not be dismissed. *See Bradenburg v. Beaman*, 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding pro se, to follow the federal rules of procedure. . . . The same is true of simple, nonburdensome local rules . . . ." (citation omitted)). Failure to comply with this Order may result in the dismissal of this action without further notice.

IT IS THEREFORE ORDERED that, within thirty (30) days from entry of this order, Plaintiff shall notify the Clerk of the Court in writing of his current address or otherwise show cause why his § 2254 Petition should not be dismissed.

                                                       _____
                                                       UNITED STATES CHIEF MAGISTRATE JUDGE